## United States District Court for the Northern District of Illinois

Case Number: 08CV4806        Assigned/Issued By: DAJ

Judge Name: LINDBERG        Designated Magistrate Judge: KEYS

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00        Receipt #: 3044225

Date Payment Rec'd: 08/22/08        Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                    [ ] Alias Summons

[ ] Third Party Summons        [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

                                    (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
     (Type of Writ)

_1_ Original and _0_ copies on _08/22/08_ as to _DEF._ _____
                                    (Date)